UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PEDRO CALDERON MARTINEZ,

    Petitioner,

    v.

ICE FIELD OFFICER,

    Respondent.

Case No. C26-1605-RSM

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS UNDER
28 U.S.C. § 2241

This matter comes before the Court on Petitioner Pedro Calderon Martinez's *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. Dkt. #1. Respondents have filed a Return, Dkt. #5. Petitioner has not filed a Traverse or any other filing after filing the Petition.

Respondents state, "Petitioner's habeas petition should be dismissed because he already has received habeas relief in another case." Dkt. #5 at 1 (citing *Sencion-Hernandez v. Hernandez*, No. 26-1578-TMC, Dkt. 12 (W.D. Wash. May 19, 2026)).

The Court has reviewed the record in these cases and concludes that Petitioner's habeas petition is duplicative of one filed in another case, which was granted. The Court agrees with Respondents that this case is properly dismissed as duplicative and moot.

Accordingly, having considered the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Petitioner's habeas petition is DENIED AS MOOT. This

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 - 1

case is CLOSED.

DATED this 10th day of June, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 - 2